UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Steven R. Neuner, Esq. ID number: SN8682
**Neuner and Ventura LLP**
Willow Ridge Executive Office Park
750 Rte. 73 So., Ste. 210
Marlton, NJ 08053
(856) 596-2828
Attorneys for Barry Sharer, Trustee

**In re: Blumberg, Benjey and Linda M.**

Case No. 04-32654/JHW
Judge: Hon. Judith H. Wizmur
Chapter 7

Recommended Local Form:   [x] Followed    [] Modified

# APPLICATION FOR RETENTION OF PROFESSIONAL
# AND CERTIFICATION OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

1. The applicant, Barry Sharer, Trustee, is the

   [x] Trustee.

2. The applicant seeks to retain the following professional, Neuner and Ventura LLP ["the Firm"] to serve as

   [x] Attorney for Trustee

3. The employment of the professional is necessary because:

   As Trustee, I require the assistance of general counsel for legal advice and representation for proper administration of this case.

4. The professional has been selected because:

   I am familiar with the experience and qualification of Steven R. Neuner and his firm, proposed to be retained as such counsel. I know Mr. Neuner and others in his firm have particular expertise with regard to bankruptcy, commercial and debtor/creditor matters in

cases under the Bankruptcy Code..

5. The professional services to be rendered are as follows:

Legal advice and representation in all aspects of administration of this Estate, except for those areas specifically assigned to Special Counsel, if retained.

6. The proposed arrangement for compensation is as follows:

All services are to be compensated as the Firm's normal and usual hourly billing rates, with interim compensation as allowed on application pursuant to 11 U.S.C. §331. The Firm's present normal hourly billing rates are as follows:

| Service Provider | Hourly Rate |
|---|---|
| Steven R. Neuner Esq. | 275.00 |
| Joanne M. Ventura, Esq. | 275.00 |
| Associates | 175.00 |
| Law clerks | 110.00 |
| Paralegals | 90.00 |

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States Trustee, is as follows:

[] None

[x] Describe connection: Mr. Neuner is a panel trustee.

8. To the best of the applicant's knowledge, the professional (check all that apply):

[x] does not hold an adverse interest to the estate

[x] does not represent an adverse interest to the estate.

[x] is a disinterested person under 11 U.S.C. §101(14).

[x] does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. §327(e)

[ ] Other; explain

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

<u>Not Applicable</u>

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Dated: August 1, 2005                    /s/ *Barry Sharer, Trustee*
                                         Signature of Applicant

                                                   Barry Sharer, Trustee
                                                   Name of Applicant

## Certificate of Compliance with D.N.J. LBR 2014-1(a)

I have complied with D.N.J. LBR 2014-1(a) by mailing a copy of this application to all the following who did not receive electronic notice from the Court: United States Trustee, Debtor and/or Debtor's attorney; the Trustee (as applicable), the secured creditors, the Official Committees (as applicable), and others requesting notice, all of whose addresses are shown on the attached service list, by regular mail, postage prepaid, within one (1) day after filing with the Court.

Dated: August 1, 2005         Signed: /s/ *Steven R. Neuner Esq.*
                                         Steven R. Neuner, Esq.

[N:\WP\srn\Blumberg\firm retention app.wpd]

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Steven R. Neuner, Esq. ID number: SN8682<br>**Neuner and Ventura LLP**<br>Willow Ridge Executive Office Park<br>750 Rte. 73 So., Ste. 210<br>Marlton, NJ 08053<br>(856) 596-2828<br>Attorneys for Barry Sharer, Trustee | |
| **In re: Blumberg, Benjey and Linda M.** | Case No. 04-32654/JHW<br>Judge: Hon. Judith H. Wizmur<br>Chapter 7 |

Recommended Local Form:   [x] Followed    [] Modified

# CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL AND CERTIFICATION OF COMPLIANCE WITH D.N.J. LBR 2014-1(a)

I, Steven R. Neuner, Esq., being of full age, certify as follows:

1. I am seeking authorization to be retained as <u>general counsel to the Trustee, along with my firm, Neuner and Ventura LLP</u>

2. My professional credentials include: <u>I, and other members and associates of the Firm are duly admitted to practice in this court and have particular expertise with regard to bankruptcy, commercial and debtor/creditor matters in cases under the Bankruptcy Code. I am certified as a Business Bankruptcy Specialist by the American Bankruptcy Board of Certification, and have held such certification since 1993.</u>

3. I am a member of or associated with the firm of <u>Neuner and Ventura LLP.</u>

4. The proposed arrangement for compensation, including hourly rates, if applicable is as follows:

<u>All services are to be compensated as the Firm's normal and usual hourly billing rates,</u>

with interim compensation as allowed on application pursuant to 11 U.S.C. §331. The Firm's present normal hourly billing rates are as follows:

| Service Provider | Hourly Rate |
|---|---|
| Steven R. Neuner Esq. | 275.00 |
| Joanne M. Ventura, Esq. | 275.00 |
| Associates | 175.00 |
| Law clerks | 110.00 |
| Paralegals | 90.00 |

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any persona employed in the office of the United States trustee, is as follows:

[ ] None.

[x] Describe connection: I am on the panel of Trustees in this district.

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any persona employed in the office of the United States trustee, is as follows:

[ ] None.

[x] Describe connection: The undersigned is on the panel of Trustees in this district.

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

    [x] do not hold an adverse interest to the estate

    [x] do not represent an adverse interest to the estate.

    [x] are disinterested under 11 U.S.C. §101(14).

    [x] do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. §327(3)

    [ ] Other; explain

8.    If the professional is an auctioneer,

    <u>Subitems omitted as not applicable.</u>

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Date: August 1, 2005                      /s/ *Steven R. Neuner, Esq.*
                                      Signature of Professional
                                          Name of Professional: Steven R. Neuner, Esq.

[N:\WP\srn\Blumberg\firm retention app.wpd]

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Steven R. Neuner, Esq. ID number: SN8682
**Neuner and Ventura LLP**
Willow Ridge Executive Office Park
750 Rte. 73 So., Ste. 210
Marlton, NJ 08053-4133
(856) 596-2828
Attorneys for Barry Sharer, Trustee

**In re: Benjey and Linda M. Blumberg,**

Case No. 04-32654/JHW
Judge: Hon. Judith H. Wizmur
Chapter 7

Recommended Local Form:  [X] Followed   [] Modified

# ORDER AUTHORIZING
# RETENTION OF NEUNER AND VENTURA LLP

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**

In re: <u>Blumberg, Linda M.</u>

Case No: <u>04-32654/JHW</u>

Applicant: <u>Barry Sharer, Trustee</u>

    [x] Trustee;  [x] Chap. 7  [ ] Chap 11  [ ] Chap. 13.

    [ ] Debtor  [ ] Chap. 11  [ ] Chap. 13

    [ ] Official Committee of

Professional: <u>Neuner and Ventura LLP, Willow Ridge Executive Office Park, 750 Route 73 South-Suite 210, Marlton, New Jersey</u>

    [x] Attorney for:

        [x] Trustee   [ ] Debtor in Possession

        [ ] Official Committee of

    [ ] Accountant for:

        [ ] Trustee   [ ] Debtor-in-Possession

        [ ] Official Committee of

    [ ] Other Professional:

        [ ] Realtor   [ ] Appraiser   [ ] Special Counsel   [ ] Auctioneer

        [ ] Other (specify)

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.     The applicant, <u>Barry Sharer, Trustee</u>, is authorized to retain the professional, <u>the law firm of Neuner and Ventura L.L.P.</u>, to act as <u>general attorneys for the Trustee and the Estate</u>.

2.     Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.



August 2, 2005

**To: All Persons on Attached Service List**

**In re: Blumberg, Benjey and Linda M.**
**Case no. 04-32654/JHW**
**File no.**

**I enclose the following which have been electronically filed with the Court:**
- Application by Trustee for Appointment of Attorney, with Certification of Trustee and Certification of Compliance
- Proposed form of Order.

Very truly yours,

**Neuner and Ventura LLP.**
Attorneys to Barry Sharer, Trustee


Steven R. Neuner, Esq.
@:SRN                                                                                           [N:\WP\srn\Blumberg\firm retention app.wpd]
Enclosure: Service List

Willow Ridge Executive Office Park
750 Rte 73 South, Ste 210, Marlton, NJ 08053-4133
(856) 596-2828   Fax: (856) 985-6176

Steven R. Neuner*                                                         Email: mail @ nv-njlaw.com
Joanne M. Ventura                                                         Website: www.nv-njlaw.com

*Board Certified-Business Bankruptcy Law-Amer. Bd. of Certification    All attorneys admitted in New Jersey & Pa.



August 2, 2005

**VIA Email in PDF format with hard copy by Mail**
Barry Sharer, Trustee
Wagner, Sharer Murtaugh and Petree
1103 Laurel Oak Road, Ste 105B
Voorhees, NJ 08043

**In re:**          **Blumberg, Linda M.**
**Case no.**        **04-32654/JHW**
**Our file number**

Dear Barry:

Per your request, I am sending you my application for retention as your attorney in this case. I am sending you the PDF files via email. The hard copy which comes with this letter is for our files.

Please print the PDF copy, sign it, and efile it, and email me or fax me a copy of the filed application. The copy I am sending you by mail will contain my certification with original signature for your files. I will take care of serving hard copy of the application on the parties on the service list.

Please don't forget to submit an asset notice to the Court, if you haven't already done so.

I look forward to advising and assisting you in this case.

Very truly yours,

**Neuner and Ventura L.L.P.**
Attorneys to Barry Sharer, Trustee


Steven R. Neuner, Esq.
@:SRN

[N:\WP\srn\Blumberg\firm retention app.wpd]

Enclosures-
Application

Willow Ridge Executive Office Park
750 Rte 73 South, Ste 210, Marlton, NJ 08053-4133
(856) 596-2828   Fax: (856) 985-6176
Steven R. Neuner*                                                                Email: mail @ nv-njlaw.com
Joanne M. Ventura                                                                Website: www.nv-njlaw.com

*Board Certified-Business Bankruptcy Law-Amer. Bd. of Certification        All attorneys admitted in New Jersey & Pa.