UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BLUMBERG, BENJEY      :      04-32654(JHW)
BLUMBERG, LINDA       :

REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED

DATE PETITION FILED 07/08/04          CURRENT CHAPTER 7

Gross Cash Receipt: $72,133.62    Gross disbursement: $72,133.62

### A. FEES AND EXPENSES:

| | |
|---|---|
| Trustee's Statutory Compensation | 6,830.39 |
| Expenses | |
| Fee for Attorney for the Trustee | 19,063.00 |
| Expenses | 663.46 |
| Fee for accountant for the Trustee | 2,510.00 |
| Expenses | 5.20 |
| Others: (itemize on Schedule A) | 250.00 |

### B. DISTRIBUTION

| | |
|---|---|
| Secured Creditors | |
| Equity Security Holders | |
| Priority Creditors | |
| Unsecured Creditors | 42,285.78 |
| Others; (itemized on Schedule A) | 525.79 |

**TOTAL DISBURSEMENTS (Sum of A and B):**    $72,133.62

---

SCHEDULE A
Fee paid to other professionals:

Expenses awarded to professionals:

Distributions (others):
Debtor surplus $525.79

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information and belief.

_____
BARRY R. SHARER, TRUSTEE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

BLUMBERG, BENJEY M.
BLUMBERG, LINDA M.

Case No. 04-32654-JHW

Debtor(s)

## AMENDED SUMMARY REPORT

### DISTRIBUTION SCHEDULE

| Name and Address(es) of Creditor(s) | Claim Amt. | Amount to be Paid | Interest to be paid to unsecured |
|---|---|---|---|
| **CHAPTER 7 ADMINISTRATIVE** | | | |
| Barry R. Sharer, Trustee | 6,830.39 | 6,830.39 | |
| Wagner Sharer Murtaugh & Petree | $2,515.20 | $2,515.20 | |
| Steven R. Neuner, Esq. | $19,063.00 | $19,063.00 | |
| expenses | $663.46 | $663.46 | |
| Total Chapter 7 Administrative: | $29,072.05 | $29,072.05 | |
| **UNSECURED CLAIMS:** | | | |
| Richard Kresloff, MD<br>900 Haddon Ave., Suite 102<br>Collingswood, NJ 08108 | $252.00 | $262.93 | $10.93 |
| American Express ravel Related Svcs.<br>C/O Becket & Lee<br>PO Box 3001<br>Malvern, PA 19355-0701 | $1,912.07 | $1,995.03 | $82.96 |
| Advanta Bank Corp.<br>Welsh & Mc Kean Rds.<br>PO Box 844<br>Springhouse, PA 19477 | $1,784.56 | $1,861.99 | $77.43 |
| American Honda<br>National Recovery Center<br>PO Box 166469<br>Irving, TX 75016 | $4,274.00 | $4,459.43 | $185.43 |
| Capital One Bank<br>c/o Tsys Debt. Mgt.<br>Po Box 5155<br>Norcross, GA 30091 | $6,624.51 | $6,911.92 | $287.41 |

| | | | |
|---|---:|---:|---:|
| Capital One Bank<br>c/o Tsys Debt. Mgt.<br>Po Box 5155<br>Norcross, GA 30091 | $12,550.61 | $13,095.13 | $544.52 |
| Citibank USA<br>PO Box 182149<br>Columbus, OH 43218 | $6,416.26 | $6,694.64 | $278.38 |
| Recovery Management Systems<br>dba JC Penney<br>25 S. E. 2nd Ave., Suite 1120<br>Miami, FL 33131 | $333.68 | $348.16 | $14.48 |
| Recovery Management Systems<br>dba GE Money Bank<br>25 S. E. 2nd Ave., Suite 1120<br>Miami, FL 33131 | $352.28 | $367.56 | $15.28 |
| Fleet Bank<br>c/o Robert Saldutti, Esq.<br>89 N. Haddon Ave.<br>Haddonfield, NJ 08033 | $6,027.48 | $6,288.99 | $261.51 |
| Blumberg, Benjamin & Linda | $525.79 | $525.79 | |
| **Total Unsecured Claims:** | $41,053.24 | $42,811.57 | $1,758.33 |

**TOTAL DISTRIBUTION:** $71,883.62

_____
BARRY R. SHARER, Trustee
1103 LAUREL OAK ROAD
SUITE 105 B
VOORHEES, NJ  08043
(856) 435-3200